## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

KEITH JONES                                                                                             PLAINTIFF

v.                                  No. 2:06CV00214 JLH

JEFF CHILDERS, Patrolman, City of Stuttgart
Police Dept., in his Individual Capacity                                      DEFENDANT

## ORDER

The Court has been notified that the parties have reached a settlement of this case. Therefore, this action is hereby dismissed with prejudice, the Court reserving jurisdiction to permit any party to seek enforcement of the settlement terms.

IT IS SO ORDERED this 17th day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE